**Exhibit A to the Complaint**

**Location:** 'Ewa Beach, HI  
**Total Works Infringed:** 75  
**IP Address:** 75.85.3.168  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6AF4F17AD9DC19F64DE641CBE672D9C7CD699D8E<br>File Hash:<br>985A44BBBDDAAF38195EA059D5BA0757A510E4231200FF28BD37B8EAAEF53EF4 | 08-09-2021 07:16:41 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 2 | Info Hash: 70ECB51C4FADD0D244D1FE108746EE2264F69820<br>File Hash:<br>6DA9802200B869DE388100460A735DADC6965B379326EAABC4DAF374BBF33E96 | 01-30-2022 11:25:20 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 3 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash:<br>F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01-24-2022 18:00:52 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 4 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 01-24-2022 17:51:46 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 5 | Info Hash: EF2CDF3A60F1FFA0BAE6B499695A13DC9730AE16<br>File Hash:<br>F27CF6C99194E08DA6CC2C43998FEC7E07D2B9F09E297FB77E5FEBBFFBCC7CD2 | 01-23-2022 05:19:53 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 6 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash:<br>753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 01-18-2022 20:00:51 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 7 | Info Hash: 4462F15ECCAE3038C0E004C2DB3C7942CBA68F27<br>File Hash:<br>AA7966D1EC58A23D2922019D9593ADAD91E50106211EB64A264A882FA4900E4B | 01-18-2022 19:45:09 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 8 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash:<br>5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-18-2022 19:33:40 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 9 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash:<br>8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 01-18-2022 19:33:00 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 10 | Info Hash: A2B5718BB1CAA00D0D665075430789678C3137E5<br>File Hash:<br>C4491F8620011D39D4264B032B31E1E5B138812B6DFB79F78022EDB6FBDB50F9 | 01-06-2022 23:49:34 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 11 | Info Hash: 49AA44C17AB7EF7E8DEAD2ABEB7DAFCCA9BDE2CC<br>File Hash:<br>33CF0352EB90E38E8DEE767FB8FB8AB2662318B2A0C3BE6523EF801D48D4C014 | 01-03-2022 19:26:29 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash: C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 01-03-2022 19:25:53 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 13 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash: FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 01-03-2022 19:23:03 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 14 | Info Hash: CCB9E55E86A2B9DCA817559173CE152D89FEE149<br>File Hash: 4E474BFF18A07AB53426EF3C92839F50B199C4A94F789FCB7CC7611C2DA7C3D9 | 12-21-2021 21:23:39 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 15 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 12-21-2021 21:20:12 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 16 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash: F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 12-21-2021 21:15:11 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 17 | Info Hash: C74BD503F3ADE8221D9A01391A1AA9B2B360BB6D<br>File Hash: B0E01A1430CBD1FC5C30A29886D28E648C14C622BB6649166FB1CFE23602A3C2 | 12-14-2021 22:38:00 | Tushy | 12-12-2021 | 02-03-2022 | PA0002341808 |
| 18 | Info Hash: E2AF5212D0CB21D08E0F0499010A5D18FF3B2C44<br>File Hash: 555F9DF51CF13CB23920D4C349847E4499EE767ACD319A5613CAB5CB94B1F35C | 12-14-2021 22:33:46 | Blacked | 12-11-2021 | 03-04-2022 | PA0002345793 |
| 19 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12-08-2021 23:46:40 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 20 | Info Hash: 570ADBBB385588D27AC048E1C5E6D9D686A08A39<br>File Hash: A8E31D9E099E252807F9D97CDD655513D1BB72EF0912DB7668048E3E645898F0 | 12-08-2021 23:43:13 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 21 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 11-30-2021 09:58:53 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 22 | Info Hash: EE164157CC85B1C5589DEDCB523C91D750A75399<br>File Hash: 3C436FD215694282EC63C7412A3D4801978123631FBB513B382C2AB897FD099A | 11-22-2021 05:07:05 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 23 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-15-2021 11:26:31 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 594B1EC594576B1294B0757C21ADF7A928EB5F09<br>File Hash: 06257E6840E83AEEC08AEF690243152B3A076D274C00D69F63C7D37CEF2D5963 | 11-12-2021 00:13:37 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 25 | Info Hash: BE5697662378975BF0EFE5B6831E82E47CC543AB<br>File Hash: 10D5CD95662529FF0E5FAAF062A0B7D241509D13A010C009220C91DDA85D7B62 | 11-10-2021 09:15:07 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 26 | Info Hash: 19568E850A84FBB15C3BAA9E7C92F323D836836B<br>File Hash: EFCA8EF9C4F29CB53DF8B73B8B7A6994BD373438128B32FF218BC1CB41393FCB | 11-10-2021 09:11:53 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 27 | Info Hash: 26F269F82BF4AF38796C34064B2D737E30E457D3<br>File Hash: E1896FBFC5152E1C2CFC9AA8D19C66FE0AE7A5DE961DBA58DCDA0D27E7F88D49 | 11-01-2021 12:03:06 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 28 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash: 96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 11-01-2021 11:29:50 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 29 | Info Hash: 31B974DCDF2548CFD5F55B89DC321DAA89C91B36<br>File Hash: 8A964EA016BF47E08DCB07F16975016B58A018D9DF6AE6825FAD3F3ADA8B3E4B | 10-28-2021 12:01:57 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 30 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 10-28-2021 12:00:56 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 31 | Info Hash: D1E9777E67C9341EDDCA1915A749026CC2307DB6<br>File Hash: 21CDED7FB317274770D07E001AB2481E1EA2D946800B7787A59F61272DEF94CD | 10-28-2021 12:00:16 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 32 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash: 59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 10-28-2021 11:55:52 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 33 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash: 361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 10-18-2021 11:39:12 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 34 | Info Hash: 6EF0A990E2D6BED03ACBC94E6B32574AECDD887E<br>File Hash: 11FE592AC86B40021DC11C07FF2DE45F5B9C4DBD2F4EEEBCE1318DEC8054A07E | 10-11-2021 18:55:36 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 35 | Info Hash: 0E068785FA4C3886042875F56A3465AA044E5347<br>File Hash: F7D350C73C1CE1D4B23F63617C1F605A53AD04F673CD6D28B44785808C59B91E | 10-08-2021 14:13:00 | Tushy | 10-03-2021 | 11-01-2021 | PA0002326410 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash: FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 10-08-2021 14:07:57 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 37 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 10-05-2021 05:35:08 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 38 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash: 785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 09-25-2021 22:13:36 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 39 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash: 2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 09-09-2021 22:56:53 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 40 | Info Hash: D3C7547DFCD8ED55266AD1B89E3DB438623BAFF5<br>File Hash: 77A1BFABFF7693F1B8DFD978DBE77DC1B649C8700FA90290EAB65328CE80BD32 | 09-08-2021 02:11:37 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 41 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash: 673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 09-08-2021 02:01:30 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 42 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash: 4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 08-24-2021 02:35:49 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 43 | Info Hash: CB54A80CA46C7E15031F95C90A4E207C1759D031<br>File Hash: E6DA8AEE619E2D4D08AAF5BFED4CE6336AA4A9F8283D933CC4AD47480D0B16A9 | 08-13-2021 07:18:13 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 44 | Info Hash: 72DBAE32396A71ED98435167CCD0890D23D5922E<br>File Hash: A1C465350A665377151BDD76AAA42C741A00D8CB3DB886CA4B9F73980E89D18C | 07-26-2021 20:39:28 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 45 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 07-25-2021 22:59:40 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 46 | Info Hash: 2ABFE1DCAEC1D501F99D5CA64DA28A6C1F3FD199<br>File Hash: 6EC8DD142AA4464B4E54B42C19D4041A53FDA6C9140BA3F17AD78BEDF1B95679 | 07-20-2021 04:04:38 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 47 | Info Hash: 53115092326FFAC693EC8DF35F7B913BFB316E73<br>File Hash: 8BE02C4F01263EA20AECD08608CD4E80226C3E940766E930747627F82FFE05D7 | 07-16-2021 11:01:46 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: D1A20BB943E213244AEB42BC43F34BE72E46F6DB<br>File Hash: DA8F290222976E6C2CED7C5FD6A0ACE756D4D2525F6D7C92A66C8EE2A284CA0E | 07-12-2021 19:32:39 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 49 | Info Hash: 4E4710DB086CC599EB415393962F652D351183C1<br>File Hash: 954FECED35CF927A3EF98B9AC19FAA2D83C511F8EF0DB3C80F75C34AA10BD607 | 07-12-2021 19:31:09 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 50 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-12-2021 19:25:05 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 51 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 07-12-2021 19:23:45 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 52 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash: 12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 07-07-2021 18:03:05 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 53 | Info Hash: 27338B5E987C3D802911ADA3ED99200789C6555E<br>File Hash: 82B975CC4D154F94341E7840D7EB9DC0068FD664145CF2A3B9248EB22670B654 | 07-07-2021 17:55:00 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |
| 54 | Info Hash: B7441E573A302AB3AE9F883F1203B2952746F75F<br>File Hash: 42295408AAE92E3EBF7E487E9C9D6247F04DD7F833E9915B97CEF1EB29C6D11A | 07-07-2021 17:53:41 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 55 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-27-2021 09:35:14 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 56 | Info Hash: E96D13E31AC3B7D665F1DF9F79FD1AD873F551C6<br>File Hash: 5320B61FFB147AC701E6771C9C61262B00D6B49769877513C53F9F56AB62C928 | 05-12-2021 02:19:37 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 57 | Info Hash: F3A56FB24B2D38FBF36EA4BEDFA1229299BEF6F5<br>File Hash: B215D9EE13B23D22DEEB29D2EAB102D34CAF24679286EE578125674E5D884608 | 04-08-2021 21:35:25 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 58 | Info Hash: 890C3437529B678E2DFF8A7A86A3006FF2D7B85D<br>File Hash: 3E0756F0FD3E4A8F28FB50DE99E5B5E44D5CCEF60B28C0BB7F201719D7CEEB72 | 04-02-2021 20:55:07 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 59 | Info Hash: FBE49321D58C71912B3CE9DD0A2AA7E4F2205252<br>File Hash: 94D17E7894AD3715882A76F5B0396AAD161FA372C0D1A2DFB0BEDFD6E57951A1 | 02-26-2021 01:17:22 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 1CA76CE884776BF316B69481D060C6EBEA662691<br>File Hash: 6D98FB201919434576BCC372C76F2790F421C2FFF4EA7F8747DF0E0F6CC18BB9 | 02-26-2021 01:15:57 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 61 | Info Hash: C81906D2807ADA3640AC58B3EC5D9561DA855DFF<br>File Hash: 73E264FF38EE4C117648C69AAF8CBBA60EFE965D833B3A770C49CC8E10C2FBFF | 02-26-2021 01:14:37 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 62 | Info Hash: F63BBFC680C5A1422FE794C3870264F2321A53D8<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-26-2021 01:10:31 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 63 | Info Hash: 37421282F85B17E30318E8303DE6C569C81A9D7C<br>File Hash: BD36E73379371BF1A57C7E59A128B19A3C9593C11C67A2EB38A104F18DBFBA57 | 02-17-2021 21:32:10 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 64 | Info Hash: 67240CE0F42C9777588909086239ABE908B5030A<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02-09-2021 23:42:30 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 65 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 01-28-2021 05:01:31 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 66 | Info Hash: B91028F8FF97039F1DAFE23A651DD879FECDF3FD<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-20-2021 03:26:47 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 67 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 12-26-2020 21:51:47 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 68 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 12-26-2020 21:51:11 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 69 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 12-26-2020 21:48:31 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 70 | Info Hash: BF90C6D1B3C85C2F0D54127979837F539D753821<br>File Hash: 4F4CE01670E87386E959A04EB6B5BC51679C5F5D9DD0D6226475E2F200FB7172 | 12-11-2020 01:07:02 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 71 | Info Hash: 1A8DCF0C152304F2BB246BDB17F0F9BF1AF0A33F<br>File Hash: 87E07A405D15190CACF4C8AFA342BFB1677B86EBD7E48AF6A36013DE4CB7A190 | 11-28-2020 11:13:55 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash: B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 11-17-2020 20:31:06 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 73 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 11-17-2020 20:28:21 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 74 | Info Hash: 1A26A196358C2C12445BC8122570365DEE727A70<br>File Hash: A5E4E4AA26374FE74D4F62B1BBBF99AD26104A1B6A6CEEE59E75309D3022702E | 10-20-2020 23:13:35 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 75 | Info Hash: FF2738464090D606206D0608A050F0BA3D10E1A9<br>File Hash: ADDC73912EE777EB7455915C5BAD3A332E1F6EA951019C2EA1284BE0F356CE0C | 10-04-2020 00:02:39 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |